## HELEN STONESIFER v. JAMES A. HICKEY

[No. 68, September Term, 1981.]

*Dismissed: November 19, 1981.*

Submitted to MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

Motion to dismiss granted with consent of appellant and case remanded to the Circuit Court for Montgomery County for that Court to remand the case to the District Court of Maryland (Montgomery County) for a trial on the merits.

## RONALD LEE TOYER v. STATE OF MARYLAND

[No. 73, September Term, 1981.]

*Dismissed: November 20, 1981.*

Submitted to MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

Dismissed November 20, 1981, by counsel on request of appellant.